# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN L. HILLGEN-RUIZ AND SHELLY D. KROHN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF ROBIN L. HILLGEN-RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>TLC CASINO ENTERPRISES,INC. a/k/a FOUR QUEENS HOTEL & CASINO; FOUR QUEENS, LLC d/b/a FOUR QUEENS HOTEL & CASINO a Limited Liability Company, DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-0437-APG-VCF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

On August 15, 2014, Defendants filed a motion to compel arbitration and stay this litigation. (Dkt. #15.) On September 12, Magistrate Judge Ferenbach entered his Report and Recommendation recommending that the motion should be granted. (Dkt. #21.) Plaintiff filed an Objection to the Report and Recommendation (Dkt. #22) and Defendants filed a Response (Dkt. #23). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion, Report and Recommendation, and related papers. Good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Ferenbach's Report and Recommendation is accepted and approved. However, I note that the discussion in the Report and Recommendation about the rules of the American Arbitration Association (Dkt. #21 at 8:4-11) is inapplicable because the arbitration agreement at issue in this case does not expressly incorporate those rules. Nevertheless, Judge Ferenbach's overall reasoning and conclusion are still sound, as he points out that the "agreement is not silent on fees and costs," which he thereafter addresses. (*Id*. at 8:12-18.) The remainder of Magistrate Judge Ferenbach's detailed analysis is adopted herein.

**IT IS FURTHER ORDERED THAT** the Defendants' Motion to Compel Arbitration (Dkt. #15) is GRANTED.

**IT IS FURTHER ORDERED** that this action is STAYED pending completion of arbitration, as required by 9 U.S.C. § 3.

Dated: October 20, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE