GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

```
            FILED          ____ RECEIVED
            ENTERED        ____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

                    JUN 2 2 2015

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN L. HILLGEN-RUIZ AND SHELLEY D. KROHN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF ROBIN L. HILLGEN-RUIZ;<br><br>Plaintiffs,<br><br>vs.<br><br>TLC CASINO ENTERPRISES, INC. a/k/a FOUR QUEENS HOTEL & CASINO; FOUR QUEENS, LLC d/b/a FOUR QUEENS HOTEL & CASINO; a Limited Liability Company, DOES 1-10; and ROE CORPORATIONS, COMPANIES AND /OR PARTNERSHIPS 11-20, inclusive;<br><br>Defendants. | Case NO: 2:14-CV-00437-APG-VCF<br><br>~~STIPULATION~~ AND ORDER TO CONTINUE HEARING<br><br>**[FIRST REQUEST]** |

Plaintiff Robin L. Hillgen-Ruiz and Shelley D. Krohn, Trustee for the Chapter 7 Bankruptcy Estate of Robin L. Hillgen-Ruiz, ("Plaintiff" or collectively "Plaintiffs") by and through the law firm of Gabroy Law Offices and Defendant TLC Casino Enterprises, Inc, Defendant Four Queens, LLC, and Defendant Four Queen Hotel & Casino ("Defendant" or collectively "Defendants"), hereby submit, stipulate, and agree to reschedule the date of the hearing on Plaintiff's Motion for an Order Compelling Arbitration in Front of Judge Leavitt under JAMS Rules, or in the Alternative, an Order

Page 1 of 2

Denying Arbitration and Setting Discovery Schedule (Dkt. #29) before the Honorable Cam Ferenbach set for 10:00 AM, June 26, 2015. (Dkt. #32).

Counsel for Plaintiffs will be travelling out of state on such date.

The parties have agreed to reschedule the hearing to the Court's next available date. The parties seek this continuance in good faith.

**IT IS SO STIPULATED.**

Dated:

Respectfully submitted,

By__/s/ Christian Gabroy_____
Christian Gabroy, Esq.
Gabroy Law Offices
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Fax   (702) 259-7704
*Attorneys for Plaintiff*

Dated:

Respectfully submitted,

By:_/s/Paul Swen Prior_____
Paul Swen Prior, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Fax: (702)784-5252
*Attorneys for Defendants*

**IT IS SO ORDERED:**

The hearing is rescheduled to July 9, 2015, at 1:00 p.m.

Dated this 22nd day of June 2015.

_____
United States Magistrate Judge

CAM FERENBACH
U.S. MAGISTRATE JUDGE