# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN HILLGEN-RUIZ and SHELLEY D. KROHN, Chapter 7 Trustee for the Chapter 7 Bankruptcy Estate of Robin Hillgen-Ruiz,<br><br>Plaintiffs,<br><br>v.<br><br>TLC CASINO ENTERPRISES and FOUR QUEENS, LLC,<br><br>Defendants. | Case No. 2:14-CV-00437-APG-VCF<br><br>**ORDER** |

IT IS ORDERED that the parties shall file a status report on or before June 2, 2017.

DATED this 4th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE