Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
kriley@swlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN L. HILLGEN-RUIZ AND SHELLY D. KROHN, TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF ROBIN L. HILLGEN-RUIZ;<br><br>PlaintiffS,<br><br>v.<br><br>TLC CASINO ENTERPRISES, INC. a/k/a FOUR QUEENS HOTEL & CASINO; FOUR QUEENS, LLC d/b/a FOUR QUEENS HOTEL & CASINO a Limited Liability Company, DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive;<br><br>Defendants. | CASE NO. 2:14-CV-00437-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiffs Robin L. Hillgen-Ruiz and Shelly D. Krohn, Trustee for the Chapter 7 Bankruptcy Estate of Robin L. Hillgen-Ruiz ("Plaintiffs") and Defendants TLC Casino Enterprises, Inc. a/k/a Four Queens Hotel & Casino; Four Queens, LLC d/b/a Four Queens Hotel & Casino a Limited Liability Company, ("Defendants" or "Four Queens") (each a "Party" and hereinafter collectively, the "Parties") stipulate as follows:

/ / /

/ / /

/ / /

1. Under Federal Rule of Civil Procedure 41(a)(2), this case shall be dismissed, with prejudice;
2. Each party is to bear their own fees and costs;

**IT IS SO STIPULATED.**

| | |
|---|---|
| SNELL & WILMER L.L.P. | **GABROY LAW OFFICES** |
| By: */s/ Karl Riley*<br>Paul Swen Prior, Esq.<br>Karl O. Riley, Esq.<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendants* | By: */s/ Christian Gabroy*<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Pkwy,<br>Suite 280<br>Henderson, NV 89012<br><br>*Attorney for Plaintiffs* |

## ORDER

IT IS ORDERED that under Federal Rule of Civil Procedure 41(a)(2), this case is dismissed, with prejudice.

IT IS ORDERED that each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 11 , 2017.

_____
U.S. DISTRICT COURT JUDGE

4836-0388-1560